| Attorney or Party without Attorney:<br>ANDREA WEISS JEFFRIES, Bar #183408<br>WILMER CUTLER PICKERING HALE AND DORR<br>350 SOUTH GRAND AVENUE<br>SUITE 2100<br>LOS ANGELES, CA 90071<br>Telephone No: 213-443-5300    FAX No: 213-443-5400 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Central District Of California |

| Plaintiff: BROADCOM CORPORATION |
|---|
| Defendant: NXP SEMICONDUCTORS N.V., ET AL. |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL ACTI** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV13-00829 CJC (MANX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); DISCLOSURE STATEMENT.

3. a. Party served:   NXP SEMICONDUCTORS USA, INC.
   b. Person served:  BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE,
                      REGISTERED AGENT, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE
                                         SUITE 150N
                                         SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 04, 2013 (2) at: 12:29PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WILLIAM ODER
   
   d. *The Fee for Service was:*
   
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:   2008-80
       (iii) County:             Sacramento

First Legal
1814 "I" Street
Sacramento, CA 95814
Telephone  (916) 444-5111
Fax        (916) 443-3111
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jun. 05, 2013

                                                          (WILLIAM ODER)

Judicial Council Form                      PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL ACTIO                5575434  .anwe.533369