1  ANDREA WEISS JEFFRIES (SBN 183408)
   (andrea.jeffries@wilmerhale.com)
2  Wilmer Cutler Pickering
       Hale and Dorr LLP
3  350 S. Grand Ave., Suite 2100
   Los Angeles, CA 90071
4  Telephone: 213-443-5300
   Facsimile:  213-443-5400
5
   WILLIAM F. LEE (*pro hac vice* to be filed)
6  (william.lee@wilmerhale.com)
   DOMINIC E. MASSA (*pro hac vice* to be filed)
7  (dominic.massa@wilmerhale.com)
   Wilmer Cutler Pickering
8      Hale and Dorr LLP
   60 State Street
9  Boston, MA 02109
   Telephone: 617-526-6000
10 Facsimile:  617-526-5000

11 *Attorneys for Plaintiff*
   Broadcom Corporation
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION, | Case No. SACV13-00829 CJC (MANx) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR ALL DEFENDANTS** |
| NXP SEMICONDUCTORS N.V., NXP B.V., & NXP SEMICONDUCTORS USA, INC. | |
| Defendant. | |

1  WHEREAS, Defendant NXP Semiconductors USA, Inc. has been served in
2  the above-captioned action, and undersigned counsel has been authorized to and
3  has agreed to accept service on behalf of Defendants NXP Semiconductors N.V.
4  and NXP B.V.;

5  WHEREAS, Plaintiff Broadcom Corporation agrees that by accepting
6  service and joining in this stipulation, Defendants NXP Semiconductors N.V. and
7  NXP B.V. are not waiving any defenses they may have in responding to the
8  Complaint, including lack of personal jurisdiction;

9  WHEREAS, all Defendants, NXP Semiconductors USA, Inc., NXP
10 Semiconductors N.V. and NXP B.V., have agreed to respond to the Complaint;

11 WHEREAS, an extension of time for the Defendants to respond to the
12 Complaint will allow them additional time to analyze their potential defenses and
13 respond to the allegations in the Complaint;

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

ACCORDINGLY, Plaintiff Broadcom Corporation and Defendants NXP Semiconductors N.V.; NXP B.V. and NXP Semiconductors USA, Inc., hereby stipulate that each of the Defendants' time to respond to the Complaint shall be extended to August 13, 2013.

**IT IS SO AGREED AND STIPULATED.**

Dated this 14th day of June 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ *Andrea Jeffries*
    Andrea Weiss Jeffries (SBN 183408)
    (andrea.jeffries@wilmerhale.com)
    Wilmer Cutler Pickering
    Hale and Dorr LLP
    350 S. Grand Ave., Suite 2100
    Los Angeles, CA 90071
    Telephone: +213 443 5300
    Facsimile: +213 443 5400

*Attorneys for Plaintiff*
Broadcom Corporation

By: /s/ *Ethan Andelman*
    Ethan Andelman (SBN 209101)
    (ethan.andelman@nxp.com)
    NXP Semiconductors
    411 East Plumeria Drive
    Mail Stop 54SJ
    San Jose, CA 95134
    Telephone: +1 408 518 5536
    Facsimile: +1 408 518 5671

*Attorney for Defendants* NXP Semiconductors N.V., NXP B.V. and NXP Semiconductors USA, Inc.

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Ethan Andelman has authorized the filing of this document.

                                                        /s/ Andrea Jeffries