ANDREA WEISS JEFFRIES (SBN 183408)
(andrea.jeffries@wilmerhale.com)
Wilmer Cutler Pickering
    Hale and Dorr LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: 213-443-5300
Facsimile:  213-443-5400

WILLIAM F. LEE (*pro hac vice* to be filed)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (*pro hac vice* to be filed)
(dominic.massa@wilmerhale.com)
Wilmer Cutler Pickering
    Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile:  617-526-5000

*Attorneys for Plaintiff*
Broadcom Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NXP SEMICONDUCTORS N.V.,<br>NXP B.V., &<br>NXP SEMICONDUCTORS USA, INC.<br><br>　　　　　　Defendant. | Case No. SACV13-00829 CJC (MANx)<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT FOR ALL DEFENDANTS** |

# ORDER

Based on the stipulation between the parties, and good cause appearing, **IT IS ORDERED** that Defendants NXP Semiconductors N.V., NXP B.V., and NXP Semiconductors USA, Inc. shall have until August 13, 2013 to respond to Complaint.

Dated: _____

                                              Hon. Cormac J. Carney
                                              United States District Judge