| | |
|---|---|
| 1 | Mark D. Rowland (CSB # 157862) |
| | mark.rowland@ropesgray.com |
| 2 | Gabrielle E. Higgins (CSB # 163179) |
| | gabrielle.higgins@ropesgray.com |
| 3 | **ROPES & GRAY LLP** |
| | 1900 University Avenue, 6th Floor |
| 4 | East Palo Alto, California 94303-2284 |
| | (650) 617-4000 |
| 5 | (650) 617-4090 |
| 6 | *Attorneys for Defendants* |
| | NXP SEMICONDUCTORS N.V., |
| 7 | NXP B.V., & NXP |
| | SEMICONDUCTORS USA, INC. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BROADCOM CORPORATION, | Case No. SACV13-829-MRP-MAN |
| Plaintiff, | |
| v. | **DEFENDANTS NXP SEMICONDUCTORS N.V. AND NXP B.V.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| NXP SEMICONDUCTORS N.V., NXP B.V., & NXP SEMICONDUCTORS USA, INC., | |
| Defendants. | Date: November 18, 2013 |
| NXP SEMICONDUCTORS N.V., NXP B.V., & NXP SEMICONDUCTORS USA, INC., | Time: 11:00 a.m. |
| | Place: Courtroom 12 |
| | Judge: Honorable Mariana R. Pfaelzer |
| Counter-plaintiffs, | |
| v. | |
| BROADCOM CORPORATION, | |
| Counter-defendant. | |

NOTICE OF MOTION AND MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
Case No. SACV13-829-MRP-MAN

## NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on November 18, 2013, at 11:00 a.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable Mariana R. Pfaelzer, United States District Judge, Central District of California, Western Division, located at 312 N. Spring Street, Courtroom 12, Los Angeles, California 90012, Defendants NXP SEMICONDUCTORS N.V. and NXP B.V., by and through their counsel, will and hereby do move the Court for an order dismissing the above-captioned action against them for lack of personal jurisdiction.  This motion is made following multiple conferences of counsel pursuant to L.R. 7-3, which took place on August 28 during the Rule 26(f) Conference, on September 19 at the Case Management Conference, and again on September 23 and September 27.  The parties were unable to reach an agreement.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of Dr. Jean. A.W. Schreurs filed herewith, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider.

Respectfully submitted,

September 27, 2013

By   */s/ Mark D. Rowland*

Mark D. Rowland
*mark.rowland@ropesgray.com*
Gabrielle E. Higgins
*gabrielle.higgins@ropesgray.com*
ROPES & GRAY LLP

*Attorneys for Defendants*
NXP SEMICONDUCTORS N.V., NXP B.V., & NXP SEMICONDUCTORS USA, INC.

NOTICE OF MOTION AND MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
Case No. SACV13-829-MRP-MAN

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, I electronically filed the foregoing documents described as:

**DEFENDANTS NXP SEMICONDUCTORS N.V. AND NXP B.V.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NXP SEMICONDUCTORS N.V. AND NXP B.V.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**DECLARATION OF DR. JEAN A. W. SCHREURS IN SUPPORT OF DEFENDANTS NXP SEMICONDCUTORS N.V. AND NXP B.V.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (EXHIBITS 1-3)**

**[PROPOSED] ORDER TO GRANT DEFENDANTS NXP SEMICONDUCTORS N.V. AND NXP B.V.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

with the Clerk of the Court by using the CM/ECF System which will transmit a notice of electronic filing to counsel for Broadcom Corporation as follows:

**CERTIFICATE OF SERVICE - NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**
Case No. SACV13-829-MRP-MAN

| | |
|---|---|
| 1 | Andrea Weiss Jeffries |
| | andrea.jeffries@wilmerhale.com |
| 2 | **WILMER CUTLER PICKERING HALE & DORR LLP** |
| 3 | 350 S. Grand Ave., Suite 2100 |
| 4 | Los Angeles, CA 90071 |
| | Tel: (213) 443 5300 |

William F. Lee
william.lee@wilmerhale.com
Dominic E. Massa
dominic.massa@wilmerhale.com
Jonathan W. Andron
jonathan.andron@wilmerhale.com
Michael A. Diener
michael.diener@wilmerhale.com
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526 6000

*/s/ Mark D. Rowland*
Mark D. Rowland

**CERTIFICATE OF SERVICE - NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**
Case No. SACV13-829-MRP-MAN