# EXHIBIT 2



Print Page | Close Window

# FAQ - Click question below for answer

## General:

**What is NXP's Corporate Structure?**
Please visit page 8 of the F-1 prospectus by clicking here

**Where can I find information onf NXP's strategy?**
Please visit page 3 of the F-1 prospectus by clicking here

**What is the difference between NXP Semiconductors N.V. and NXP B.V.?**
NXP B.V. is a direct wholly owned subsidiary of NXP Semiconductors N.V. NXP B.V. is the issuer of our notes and borrower under the Secured Revolving Credit Facility/ Forward Start Revolving Credit Facility acts as the holding company of the operational companies within the NXP group. Click here for more information on our bonds

## IPO:

**When did NXP become a publicly traded company?**
On August 6th, 2010

**What was the share price?**
The initial price to public per ordinary share was USD 14.00

**Who were the underwriters for NXP's IPO?**
Credit Suisse Securities (USA) LLC, Goldman Sachs & Co., Morgan Stanley & Co, Inc., Barclays capital, Inc., Merrill Lynch, Pierce Fenner & Smith, Inc., Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Fortis Bank (Nederland) N.V., HSBC Securities (USA) Inc., J.P. Morgan Securities, Inc. and KKR Capital Markets LLC were the underwriters.

**How can/do I get a copy of NXP's IPO prospectus?**
You may obtain copies of all or any part of the registration statement from the Public. Reference Section of the SEC, 100 F Street, N.E., Washington, D.C. 20549, United States, upon the payment of the prescribed fees. You may obtaininformation on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. The Securities and Exchange Commission maintains aWeb site at www.sec.gov that contains reports and information statements and other information regarding registrants like us and NXP B.V. that fileelectronically with the SEC. You can also inspect our registration statement on this website. Our and NXP B.V.'s filings with the SEC are available through the electronic data gathering, analysis and retrieval ("EDGAR") system of the SEC.

## Shares:

**On what exchange is the Company's stock traded and what is the Company's ticker symbol?**
NXP shares are traded in the NASDAQ Stock Market under the ticker symbol NXPI

**Who is NXP's Transfer Agent?**

**Exhibit 2 Page 117**

Please contact our transfer agent at the address below or go directly to their website.
American Stock Transfer & Trust Company, LLC
6201 15th Avenue
Brooklyn, NY 11219
United States of America

**What is the ISIN number?**
NL0009538784

**How can I purchase NXP's common stock**
NXP common stock can be purchased on the open market through any registered broker.

**When and where will NXP hold its annual meeting?**
The date of the annual stockholders meeting is determined by the Board of Directors. Please click here for the latest shareholder meeting.

**How do I get a copy of the latest Annual Report and SEC filings**
Please visit the Results Archive section section or the SEC filings page for the Annual report and SEC information.

## Bonds:
**What are the due dates for the bonds?**
Please visit our Debt Summary slide by clicking here

## Other:
**Who are NXP's independent auditors?**
The Company's external auditors are KMPG, and independent registered public accounting firm.

**Do you have another question that hasn't been answered?**
Please visit our Contacts page by clicking here

## Contact:
**How can I contact Investor Relations?**
Contact Investor Relations

**Exhibit 2 Page 118**