# EXHIBIT 3

# NXP Semiconductors




NXP Semiconductors N.V. (NASDAQ: NXPI) creates solutions that enable secure connections for a smarter world. Building on its expertise in High Performance Mixed Signal electronics, NXP is driving innovation in the automotive, identification and mobile industries, and in application areas including wireless infrastructure, lighting, healthcare, industrial, consumer tech and computing. NXP has operations in more than 25 countries, and posted revenue of $4.36 billion in 2012.

### Key figures
- President and CEO: Rick Clemmer
- Net Revenue: $4.36 billion (2012)
- Established: 2006 (formerly a division of Philips)
- 50+ years of experience in semiconductors
- Headquarters: Eindhoven, The Netherlands

### Businesses
- High Performance Mixed Signal (Automotive, Identification, Infrastructure & Industrial, Portable & Computing)
- Standard Products

### Revenue per country (2012)
| | | | |
|---|---|---|---|
| China | 39% | Singapore | 10% |
| Netherlands | 2% | Germany | 10% |
| Taiwan | 3% | South Korea | 5% |
| United States | 7% | Other countries | 24% |

### Customers
Our 10 largest OEM customers are: Apple, Bosch, Continental, Delphi, Gemalto, Giesecke/Devrient, Huawei, NSN, Panasonic and Samsung.

Our three largest distribution partners are: Arrow, Avnet, and WPG.

### Research & Development
- Annual R&D expenses: $628 million (2012)
- 3,500 employees in Research & Development
- Approx. 10,000 issued and pending patents
- Design engineering teams in 19 locations
- Participation in over 80 standardization bodies & consortia

### Locations
Research and development activities in Asia, Europe, and the United States, and manufacturing facilities in Asia and Europe.

Manufacturing facilities worldwide:

| Wafer fabs: | Test and assembly sites |
|---|---|
| Hamburg | Bangkok |
| Jilin | Cabuyao |
| Manchester | Guangdong |
| Nijmegen (2 fabs) | Hong Kong |
| Singapore | Kaoshiung |
| | Seremban |

### Joint Ventures and other major participations*:
- 61% share in Systems on Silicon Manufacturing Company Pte. Ltd.
- 60% share in Jilin NXP Semiconductors Ltd.
- 40% share in Suzhou ASEN Semiconductors Co. Ltd.
- 27% share in Advanced Semiconductor Manufacturing Co. Ltd.

* approximate and >10 %



Exhibit 3 Page 119

# Markets, applications and products

### High Performance Mixed Signal

We focus on developing products and system and sub-system solutions that are innovative and allow our customers to bring their end products to market more quickly. Our products, particularly our application system and sub-system solutions, help our customers design critical parts of their end products and thus help many of them to differentiate themselves based on feature performance, advanced functionality, cost or time-to-market. The below table provides an overview of our key applications and the leading products we sell into those areas.

   

|  | Automotive | Identification | Infrastructure & Industrial | Portable & Computing |
|---|---|---|---|---|
| Key applications | ▸ Car access and immobilizers<br>▸ In vehicle networking<br>▸ Car entertainment<br>▸ Telematics<br>▸ ABS<br>▸ Transmission/throttle control<br>▸ Automotive Lighting | ▸ Secure identity<br>▸ Secure transactions<br>▸ Tagging and authentication | ▸ Wireless base stations<br>▸ Satellite and CATV infra<br>▸ Radar<br>▸ Power supplies<br>▸ Lighting<br>▸ Personal Healthcare<br>▸ TV and Set-top boxes<br>▸ Mobile Handsets | ▸ Mobile handset<br>▸ Tablet<br>▸ Monitor<br>▸ Personal computer<br>▸ Smart metering<br>▸ White goods and home appliances<br>▸ Pachinko machines<br>▸ Medical<br>▸ Industrial<br>▸ Consumer |
| Selected market leading positions | ▸ #1 Can/LIN/ Flex Ray in-vehicle networking<br>▸ #1 passive keyless entry/immobilizers<br>▸ #1 car radio<br>▸ #3 magnetic sensors | ▸ #1 e-Government<br>▸ #1 Transport & Access management<br>▸ #2 Banking<br>▸ #1 NFC | ▸ #2 in RF Power<br>▸ #1 in silicon tuners | ▸ #2 Standard Logic<br>▸ #3 in interface |

# Standard Products



|  |  |
|---|---|
| Key applications | ▸ SS Transistors and Diodes<br>▸ SS MOS<br>▸ Power MOS<br>▸ Bipolar Power Transistors<br>▸ Thyristors<br>▸ Rectifiers<br>▸ Interface protection devices<br>▸ Voltage Regulators |
| Key product markets | ▸ All applications |

Exhibit 3 Page 120

Exhibit 3 Page 120 (duplicate placement)

# Our solutions

### High performance mixed signal

Our strong heritage of innovation in RF, Analog, Power Management, Interface, Security and Digital Processing gives NXP a unique portfolio of IP and fabrication processes, along with competitive front-end and volume back-end operations including a strong package innovation track record. Combining these with application insights and sub-system expertise enables us to create multiple solutions to engineering problems that deliver on functional performance, efficiency, robustness and versatility.

Our strong RF capabilities are utilized in our high performance RF for wireless infrastructure and industrial applications, television tuners, car security and car radio products and contactless identification products. Our power technologies and capabilities are applied in our lighting products, AC-DC power conversion and audio power products, while our ability to design ultra-low power semiconductors is used in a wide range of our products including our consumer, mobile, identification, healthcare products and our microcontrollers. Our high-speed interface design skills are applied in our interface products business, and our security solutions are used in our identification, microcontroller, telematics and smart metering products and solutions.



Finally, our digital processing capabilities are used in our Auto DSPs, the products leveraging our Coolflux ultra-low power DSPs, such as in our mobile audio and hearing aid business, and our microcontroller based products. In addition, our digital processing knowledge is used to design High Performance Mixed Signal solutions that leverage other suppliers' digital processing products.

### Standard Products

Our Standard Products portfolio consists of a large variety of catalog products, using widely-known production techniques, with characteristics that are largely standardized throughout the industry as well as leading discrete solutions especially in the field of ESD protection / EMI filtering and low loss rectification and power switching. Our Standard Products are often sold as separate components, but in many cases, are used in conjunction with our High Performance Mixed Signal solutions, often within the same subsystems. Further, we are able to leverage customer engagements where we provide standard products devices, as discrete components, within a system to identify and pursue potential High Performance Mixed Signal opportunities.

Our products are sold both directly to OEMs as well as through distribution, and are primarily differentiated on cost, packaging type and miniaturization, and supply chain performance. Alternatively, our innovative products include "design-in" products, which require significant engineering effort to be designed into an application solution.



Exhibit 3 Page 121



### Research and Development

We believe that our future success depends on our ability to both improve our existing products and to develop new products for both existing and new markets. We direct our research and development efforts largely to the development of new High Performance Mixed Signal semiconductor solutions where we see significant opportunities for growth. We target applications that require stringent overall system and subsystem performance. As new and challenging applications proliferate, we believe that many of these applications will benefit from our solutions.

We have assembled a team of highly skilled semiconductor and embedded software design engineers with expertise in RF, analog, power management, interface, security and digital processing.

To outpace market growth we invest in research and development to extend or create leading market positions, with an emphasis on fast growing sizable market segments, such as identification and smart mobile, and emerging segments, such as the Internet of Things, automotive telematics and automotive solid state lighting.

### Corporate Social Responsibility

NXP believes taking responsibility for its impact on the world is fundamental to the company's success and its ability to deliver value to customers, partners and employees, as well as protecting the environment for future generations. Whether it's about people management, supplier relationships or product design, NXP has taken concrete steps in its sustainability and CSR commitment to be a positive force.

NXP sets clear goals and adheres to international standards in the following areas: corporate governance, people practices, product development & manufacturing, environment and community responsibility.

Follow us:

 blog.nxp.com    @nxp    /nxpsemi    /nxpsemiconductors    /nxpsemiconductors

Our campaigns: www.nxp.com/campaigns

www.nxp.com

© 2013 NXP Semiconductors N.V.
All rights reserved. Reproduction in whole or in part is prohibited without the prior written consent of the copyright owner. The information presented in this document does not form part of any quotation or contract, is believed to be accurate and reliable and may be changed without notice. No liability will be accepted by the publisher for any consequence of its use. Publication thereof does not convey nor imply any license under patent- or other industrial or intellectual property rights.

Date of release: July 2013
Document order number: 9397 750 17423
Printed in the Netherlands

Exhibit 3 Page 122