Mark D. Rowland (CSB # 157862)
mark.rowland@ropesgray.com
Gabrielle E. Higgins (CSB # 163179)
gabrielle.higgins@ropesgray.com
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4000
(650) 617-4090

*Attorneys for Defendants*
NXP SEMICONDUCTORS N.V.,
NXP B.V., & NXP
SEMICONDUCTORS USA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NXP SEMICONDUCTORS N.V.,<br>NXP B.V., & NXP<br>SEMICONDUCTORS USA, INC.,<br><br>　　　　Defendants.<br>NXP SEMICONDUCTORS N.V.,<br>NXP B.V., & NXP<br>SEMICONDUCTORS USA, INC.,<br><br>　　　　Counter-plaintiffs,<br><br>　　v.<br><br>BROADCOM CORPORATION,<br><br>　　　　Counter-defendant. | Case No. SACV13-829-MRP-MAN<br><br>**[PROPOSED] ORDER TO GRANT DEFENDANTS NXP SEMICONDUCTORS N.V. AND NXP B.V.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: November 18, 2013<br>Time: 11:00 a.m.<br>Place: Courtroom 12<br>Judge: Honorable Mariana R. Pfaelzer |

**[PROPOSED] ORDER TO GRANT MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**
Case No. SACV13-829-MRP-MAN

**[PROPOSED] ORDER**

Having considered **DEFENDANTS NXP SEMICONDUCTORS N.V. AND NXP B.V.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** and all related briefing and argument, IT IS HEREBY ORDERED this ___ day of _____, 2013 that the Motion is GRANTED, and this action as to NXP Semiconductors N.V. and NXP B.V. is DISMISSED.

_____
Hon. Mariana R. Pfaelzer
United States District Judge

[PROPOSED] ORDER TO GRANT MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
Case No. SACV13-829-MRP-MAN