# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

As set forth in the cover pleading, Broadcom accuses NXP of directly and indirectly infringing claims 1 and 4 of the '485 patent through its actions relating to NXP's PN544 NFC Controller product, and all other NXP products that incorporate one or more phase locked loops ("PLLs") with the same or similar structure as the Front End PLL of the PN544 NFC Controller product.

Based on publicly available information, Broadcom believes that other NXP products incorporate the same or similar PLL structure as the infringing PLL structure of the PN544 product, and hence views the accused PN544 as a representative product for purposes of its '485 patent infringement contentions.  These products include, but are not limited to: the PN531, PN532, PN533, and PN547 NFC Controller products; the PN65 NFC SmartConnect Module and other integrated circuit module products that integrate NFC controller products, such as the PN512, CLRC663, CLRC632, MFRC522, MFRC523, MFRC630, MFRC631, and SLRC610 Contactless Reader IC products; and the PRH601 and PR601 Highly Integrated RFID Modules products.  Broadcom accuses these and all other products containing the same infringing PLL structure as contained in the front end of the PN544, or containing sa similar PLL structure thereto of infringing claims 1 and 4 of the '485 patent.

Upon review of technical discovery provided by NXP, Broadcom will amend and/or supplement its infringement chart with additional support for its contentions as to the PN544 as well as to the other accused products.

For each of the  asserted claims and their limitations,  Broadcom intends to rely on expert testimony to prove that NXP infringes literally and, where applicable, under the doctrine of equivalents, including, without limitation, expert testimony establishing the function, way, and result of the claims and Accused Devices.  Broadcom may also rely on expert testimony to prove that NXP indirectly infringes by inducing and by contributing to the direct infringement of the '485 patent by third parties. Broadcom will serve its expert reports, providing those opinions, in accordance with the schedule in this case.

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| 1.  A method of compensating the gain of a phase lock loop (PLL), comprising: | NXP PN544 Near Field Communication (NFC) Controller ("PN544") performs the steps of the method of compensating the gain of a phase lock loop (PLL). |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| | Figure 3.0 PN544 TOP LEVEL *(schematic diagram with PLL detail, Fig. 7.0, showing inputs CYCKR, CKREF_PLL, RC_OUT and outputs RX_CK, ADC_CKIN, TX_CLK, AUX_CK_T, X_PCKO, X_CK_DET, PLL_T3, PLL_T2, X_CKO)* |
| | For example, PN544 includes a Phase Locked Loop (PLL) that is configured to compensate the gain of a PLL. |
| receiving a first control signal that is representative of an output | PN544 performs the step of receiving a first control signal that is representative of an output frequency of the PLL. For example, the PLL includes a Phase Frequency Detector (PFD) that is configured to receive an output feedback signal from a Voltage Controlled Oscillator (VCO) of the PLL. Specifically, the first control signal is the feedback clock signal, "CKFB_PLL" (divided down), that is output from the VCO. |

2

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| frequency of said PLL; |  |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| | To the extent that this limitation is found to not be present literally in the accused product, Broadcom contends that the differences are insubstantial and the products would infringe under the doctrine of equivalents because the feedback signal in the accused products (depicted above) performs substantially the same function in substantially the same way to obtain the same result as the "receiving a first control signal that is representative of an output frequency of said PLL" in the invention of the '485 patent. |
| receiving a second control signal that is representative of a characteristic of said PLL; and | PN544 performs the step of receiving a second control signal that is representative of a characteristic of the PLL. For example, the PLL includes a Charge Pump (CP) that is configured to receive a bias control signal for charge pump (CTLB_CP). Specifically, the second control signal, "CTLB_CP[3:0]" controls the switching of current cells coupled to the reference arm of the Charge Pump Circuit. |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
|  |  To the extent that this limitation is found to not be present literally in the accused product, Broadcom contends that the differences are insubstantial and the products would infringe under the doctrine of equivalents because the PN544 NFC controller in the accused products performs substantially the same function in substantially the |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
|  | same way to obtain the same result as the "receiving a second control signal that is representative of a characteristic of said PLL" in the invention of the '485 patent. |
| generating a charge pump current for said PLL based on said first control signal and said second control signal, | PN544 performs the step of generating a charge pump current based on the first control signal and the second control signal. For example, the PLL includes a charge pump (CP) that is configured to generate a charge pump current for the PLL based on the output feedback signal from the VCO and the bias control signal for charge pump. |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| |  To the extent that this limitation is found to not be present literally in the accused product, Broadcom contends that the differences are insubstantial and the products would infringe under the doctrine of equivalents because |

7

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| | the PN544 NFC controller in the accused products performs substantially the same function in substantially the same way to obtain the same result as the "generating a charge pump current for said PLL based on said first control signal and said second control signal" in the invention of the '485 patent. |
| wherein said generating comprises:<br><br>selecting a charge pump current value from a plurality of charge pump current values based on said first control signal and said second control signal, and | PN544 performs the step of generating a charge pump current by selecting a charge pump current value from a plurality of charge pump current values based on the first control signal and the second control signal. For example, the charge pump is configured to select a charge pump value from a plurality of charge pump current values based on the output feedback signal from the VCO and the bias control signal for charge pump. |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
|  |  |

**EXHIBIT A**

**Infringement Chart for U.S. Patent No. 7,355,485**

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| |  To the extent that this limitation is found to not be present literally in the accused product, Broadcom contends that the differences are insubstantial and the products would infringe under the doctrine of equivalents because |

**EXHIBIT A**

**Infringement Chart for U.S. Patent No. 7,355,485**

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
|  | the PN544 NFC controller in the accused products performs substantially the same function in substantially the same way to obtain the same result as the "selecting a charge pump current value from a plurality of charge pump current values based on said first control signal and said second control signal" in the invention of the '485 patent. |
| converting said selected charge pump current value from a digital value to analog. | PN544 performs the step of generating a charge pump current also by converting the selected charge pump current value from a digital value to analog. For example, the charge pump is also configured to convert the selected charge pump current value from a digital value to analog. |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| | To the extent that this limitation is found to not be present literally in the accused product, Broadcom contends that the differences are insubstantial and the products would infringe under the doctrine of equivalents because the PN544 NFC controller in the accused products performs substantially the same function in substantially the same way to obtain the same result as the "converting said selected charge pump current value from a digital |

**EXHIBIT A**

**Infringement Chart for U.S. Patent No. 7,355,485**

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| | value to analog" in the invention of the '485 patent. |
| | |
| 4. The method of claim 1, wherein said plurality of charge pump current values correspond to different output frequencies of said PLL. | The analog charge pump current converted from a digital charge current pump value passes through low pass filters and is input to the VCO where the current is used to control the tuning voltage of varactor capacitors. Controlling the tuning voltage causes the differential output frequency to change. |

# EXHIBIT A

## Infringement Chart for U.S. Patent No. 7,355,485

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| |  To the extent that this limitation is found to not be present literally in the accused product, Broadcom contends that the differences are insubstantial and the products would infringe under the doctrine of equivalents because |

**EXHIBIT A**

**Infringement Chart for U.S. Patent No. 7,355,485**

| U.S. Patent No. 7,355,485 | Accused NXP Devices |
|---|---|
| | the PN544 NFC controller in the accused products performs substantially the same function in substantially the same way to obtain the same result as the "wherein said plurality of charge pump current values correspond to different output frequencies of said PLL" in the invention of the '485 patent. |