| | |
|---|---|
| 1 | WILLIAM F. LEE |
|  | (admitted *pro hac vice*) |
| 2 | william.lee@wilmerhale.com |
|  | DOMINIC E. MASSA |
| 3 | (admitted *pro hac vice*) |
|  | dominic.massa@wilmerhale.com |
| 4 | WILMER CUTLER PICKERING HALE |
|  | AND DORR LLP |
| 5 | 60 State Street |
|  | Boston, MA  02129 |
| 6 | Telephone:  (617) 526-6000 |
|  | Facsimile:   (617) 526-5000 |
| 7 | |
|  | ANDREA W. JEFFRIES (SBN 183408) |
| 8 | andrea.jeffries@wilmerhale.com |
|  | WILMER CUTLER PICKERING HALE |
| 9 | AND DORR LLP |
|  | 350 South Grand Avenue, Suite 2100 |
| 10 | Los Angeles, CA  90071 |
|  | Telephone:  (213) 443-5300 |
| 11 | Facsimile:   (213) 443-5400 |
| 12 | |
|  | *Attorneys for Plaintiff* |
| 13 | BROADCOM CORPORATION |
| 14 | Mark D. Rowland (SBN 157862) |
|  | mark.rowland@ropesgray.com |
| 15 | Gabrielle E. Higgins (SBN 163179) |
|  | gabrielle.higgins@ropesgray.com |
| 16 | ROPES & GRAY LLP |
|  | 1900 University Avenue , 6th Floor |
| 17 | East Palo Alto, California 94303-2284 |
|  | (650) 617-4000 |
| 18 | (650) 617-4090 |
| 19 | |
|  | *Attorneys for Defendants* |
| 20 | NXP SEMICONDUCTORS N.V., |
|  | NXP B.V., & |
| 21 | NXP SEMICONDUCTORS USA, INC. |

NOTICE OF SUBMISSION OF PROPOSED STIP. PROTECTIVE ORDER
Case No. 8:13-cv-00829-MRP-MAN

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,** | **No. 8:13-cv-00829-MRP-MAN** |
| **Plaintiff,** | **NOTICE OF PARTIES' SUBMISSION OF [PROPOSED] STIPULATED PROTECTIVE ORDER** |
| **v.** | |
| **NXP SEMICONDUCTORS N.V., NXP B.V., and NXP SEMICONDUCTORS USA, INC.** | |
| **Defendants.** | Hon. Mariana R. Pfaelzer |
| **NXP SEMICONDUCTORS N.V., NXP B.V., and NXP SEMICONDUCTORS USA, INC.** | |
| **Counter-Plaintiff,** | |
| **v.** | |
| **BROADCOM CORPORATION,** | |
| **Counter-Defendants.** | |

1  Plaintiff Broadcom Corporation and Defendants NXP Semiconductors N.V.,
2  NXP B.V., and NXP Semiconductors USA, Inc. (collectively "the Parties") hereby
3  submit for entry the attached [Proposed] Protective Order that the Parties have
4  stipulated, subject to approval of the Court, should be adopted in this case to
5  facilitate the discovery and exchange of confidential information.  A copy of the
6  [Proposed] Protective Order has been lodged with the Court currently herewith.

Respectfully submitted,

Dated:  October 4, 2013        By: /s/ Andrea Weiss Jeffries
                                   Andrea Weiss Jeffries
                                   WILMER CUTLER PICKERING HALE
                                   AND DORR LLP
                                   350 S. Grand Ave., Suite 2100
                                   Los Angeles, CA 90071
                                   Telephone: (213) 443-5300
                                   Facsimile: (213) 443-5400

                                   William F. Lee
                                   Dominic E. Massa
                                   WILMER CUTLER PICKERING
                                   HALE AND DORR LLP
                                   60 State Street
                                   Boston, MA  02129
                                   Telephone:  (617) 526-6000
                                   Facsimile:   (617) 526-5000

                                   *Attorneys for Plaintiff and Counterclaim Defendant*
                                   BROADCOM CORPORATION

| | | |
|---|---|---|
| 1 | Dated:  October 4, 2013 | By: /s/ Mark D. Rowland |

Mark D. Rowland
Gabrielle E. Higgins
ROPES & GRAY LLP
1900 University Avenue , 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4000
(650) 617-4090

*Attorneys for Defendants and Counterclaim Plaintiffs*
NXP SEMICONDUCTORS N.V.,
NXP B.V., &
NXP SEMICONDUCTORS USA, INC.