WILLIAM F. LEE
(admitted *pro hac vice*)
william.lee@wilmerhale.com
DOMINIC E. MASSA
(admitted *pro hac vice*)
dominic.massa@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

ANDREA W. JEFFRIES (SBN 183408)
andrea.jeffries@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

*Attorneys for Plaintiff*
BROADCOM CORPORATION

Mark D. Rowland (SBN 157862)
mark.rowland@ropesgray.com
Gabrielle E. Higgins (SBN 163179)
gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue , 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4000
(650) 617-4090

*Attorneys for Defendants*
NXP SEMICONDUCTORS N.V.,
NXP B.V., &
NXP SEMICONDUCTORS USA, INC.

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,** | **No. 8:13-cv-00829-MRP-MAN** |
| **Plaintiff,** | **NOTICE OF PARTIES' SUBMISSION OF [PROPOSED] ORDER REGARDING E-DISCOVERY** |
| v. | |
| **NXP SEMICONDUCTORS N.V., NXP B.V., and NXP SEMICONDUCTORS USA, INC.** | |
| **Defendants.** | Hon. Mariana R. Pfaelzer |
| **NXP SEMICONDUCTORS N.V., NXP B.V., and NXP SEMICONDUCTORS USA, INC.** | |
| **Counter-Plaintiffs,** | |
| v. | |
| **BROADCOM CORPORATION,** | |
| **Counter-Defendant.** | |

Plaintiff Broadcom Corporation and Defendants NXP Semiconductors N.V., NXP B.V., and NXP Semiconductors USA, Inc. (collectively "the Parties") hereby

1  submit for entry the attached [Proposed] Order Regarding E-Discovery that the
2  Parties have stipulated, subject to approval of the Court, should be adopted in this
3  case to facilitate the discovery and exchange of electronically stored information. A
4  copy of the [Proposed] Order Regarding E-Discovery has been lodged with the
5  Court currently herewith.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: October 4, 2013 | | By: /s/ Andrea Weiss Jeffries |

Andrea Weiss Jeffries
WILMER CUTLER PICKERING HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee
Dominic E. Massa
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

*Attorneys for Plaintiff and Counterclaim Defendant*
BROADCOM CORPORATION

Dated: October 4, 2013        By: /s/ Mark D. Rowland

Mark D. Rowland
Gabrielle E. Higgins
ROPES & GRAY LLP
1900 University Avenue , 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4000
(650) 617-4090

*Attorneys for Defendants and Counterclaim Plaintiffs*
NXP SEMICONDUCTORS N.V.,
NXP B.V., &
NXP SEMICONDUCTORS USA, INC.