LINKS: 151

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:13-cv-0829-MRP-MANx | Date | May 5, 2014 |
|---|---|---|---|
| Title | Broadcom Corp. v. NXP Semiconductor N.V., et al. | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Isabel V. Martinez | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

**ORDER DENYING REQUEST FOR EXTENSION OF STAY**

   The Court denies the parties' request for additional stay of proceedings for 90 days. A telephonic status conference is set in this matter for Thursday, May 8, 2014 at 1:30 P.M. Trial counsel are ordered to be present on the call.

   IT IS SO ORDERED.

Call-in Number (10 minutes before hearing time):   **213-894-0800**

Please follow the prompts and enter the codes below.

   Meeting ID:        **7002#**
   User Password:   **1540#**