**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> NXP SEMICONDUCTORS N.V., NXP B.V., NXP SEMICONDUCTORS USA, INC., <br><br> Defendants. | Case No. 8:13-cv-00829-MRP (MANx) <br><br> **ORDER TO DISMISS ACTION WITHOUT PREJUDICE** |
| NXP SEMICONDUCTORS N.V., NXP B.V., NXP SEMICONDUCTORS USA, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> BROADCOM CORPORATION, <br><br> Counterclaim Defendant. | |

Based on the stipulation between the Parties, and good cause appearing, IT IS ORDERED that:

- All claims asserted by Broadcom Corporation, including all claims of the First Amended Complaint, are dismissed without prejudice.

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- All counterclaims asserted by NXP Semiconductors N.V., NXP B.V., and NXP Semiconductors USA, Inc. against Broadcom Corporation are dismissed without prejudice.

Each Party shall bear its own attorneys' fees and costs.

*Mariana R. Pfaelzer*

Dated: July 16, 2014

_____

Hon. Mariana R. Pfaelzer

- 2 -

ORDER
Case No.  8:13-cv-00829-MRP(MANx)